**FILED**

Jan 07 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Pg. 1

w Case Filing for
Claim # 3

Jill M. Evans
           Plaintiff

v.

FCI, Dublin Correctional Facility
T. Jusino - Acting Warden
           Defendant

**RECEIVED**

DEC 19 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Filing a separate claim for Claim No. 3, from case no. 24-cv-04440-JSC. This claim is filed against The Federal Bureau of Prisons, FCI Dublin and acting Warden, T. Jusino, for money damages, keeping the Plaintiff 310 days pasted her release date. (ECF No. 1 at 5-8)

The Plaintiff, Jill M. Evans who was a federal inmate at FCI Dublin from 5-31-2017 thru her release on 2-15-23.

The Plaintiff, acting without an attorney to proceed in forma pauperis. (24-cv-04440-JSC) is filing this claim for money damages against the Federal Bureau of Prisons, FCI Dublin and acting Warden T. Jusino for holding the Plaintiff past her release date by 310 days.

Pg 2

The Plaintiff was notified by her case manager and administration she was going to be released on April 23, 2022 due to her qualifying for a sentence reduction under The First Step Act of 2018. (115 PL 391 December 21, 2018 Title 1 Recidivism Reduction (4) Time Credits (c) Application of Time Credits Section 3624 (g)
(6) Determination when to provide incentives and rewards for successful participation in evidence base recidivism reduction programs or productive activities in accordance with sub section (e);.

The Plaintiff had no write ups or incident reports during her incarceration, completed over 5600 hours of educational programs.

The Plaintiff exercised her administrative remedy by submitting forms admin. 8 and 9 to Warden T. Jusino, admin 10 to Regional office and admin 11 to Central office all unanswered in regards to her immediate release and keeping her at the facility, passed her release date of 4-23-22. (April 23, 2022)

Pg 3

T. Jusino was the acting Warden at the time of the Plaintiff's notification of release and did not release her or answer her administrative remedy forms.

It wasn't until 2-15-23 when the Plaintiff was released, 310 days past her mandatory release date of April 23, 2022.

The Plaintiff suffered mental stress, and was held 310 days past the date of her release date and therefore asks for money damages from the Federal Bureau of Prisons for the 310 days that she was held past her release date. This action violated her rights as an inmate and under the laws of the Constitution of the United States. Her not being released prolonged her state sentence and time credits she could have been earning at LaVista Correctional Facility, which she is serving her state sentence.

Pg. 4

Finally the Federal Bureau of Prisons records and website shows that the Plaintiff should have been awarded 365 days for The First Step Act of 2018 and was only credited 55 days of the 365 days earned time credits.

Plaintiff humbly requests that she be awarded in money damages for 310 days that she was held at FCI Dublin past her release date. of April 23, 2022.

Plaintiff
Jill M. Evans

Pg.5

Exhibit A-

Email to the Warden. T. Jusino, besides my administrative remedies sent to the Warden I sent this email, which proves she received my request, but never answered in detail about my release date.

TRULINCS  41141013 - EVANS, JILL M - Unit: DUB-A-A                    *Exhibit (A)*

------------------------------------------------------------------------------------------------

FROM: Warden
TO: 41141013
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/06/2022 07:17:02 AM

Your request has been received and will be processed.

_____

From: ~^! EVANS, ~^!JILL M <41141013@inmatemessage.com>
Sent: Saturday, June 4, 2022 1:49 PM
To: DUB-InmateToWarden (BOP) >
Subject: ***Request to Staff*** EVANS, JILL, Reg# 41141013, DUB-A-A

To: Warden
Inmate Work Assignment: Unicor

To FIC Dublin Warden:  I Jill M. Evans, request a sentence reduction and release to the State of Colorado detainer.  My request is based on the First Step Act changes in the law in combination with my individual circumstances.  My BOP Inmate Education Data Transcript establishes that I have more than 5,613 hours of programming.  BOP Case Management Staff have informed me that but for the state detainer, I am FSA eligible for 360 days halfway house, home confinement and prerelease to supervised release.