RECEIVED
MAY 12 2025
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF C

United States District Court
Northern District of California

Jill M. Evans, Plaintiff

v.                                    Case No: C-25-0205-JSC-(PR)
                                           C-25-0205-JSC-(PR)
T. Jusino, Warden FCI Dublin
United States, Defendant

RECEIVED
MAY 12 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Court-Ordered First Amended Complaint

## Introduction

Plaintiff, a federal inmate, formly at the FCI Dublin Facility, in Dublin California, from May 17, 2017 through February 15, 2023. Plaintiff is proceeding without an attorney. Plaintiff files this civil rights action. Plaintiff claims arise from events occurring at the Federal Correctional Institute, in Dublin California, ("FCI Dublin"), where she was formly housed. The Plaintiff is suing the former FCI Dublin Warden, T. Jusino for holding her in custody for 310 days past her release date. The Defendant was the acting Warden at FCI Dublin during the events that endangered the Plaintiff's, physical, emotional and mental health.

## Legal Claim #1

Plaintiff was informed by case management on April 21, 2022 that she was going to be released, immediately from custody, due to credits she earned under the First Step Act. However, she was not released by then acting

Warden, Defendant T. Jusino until February 15, 2023, 310 days later. Plaintiff did try to exhaust her administrative remedy by filing an Administrative 8, 9 and 10 to the Defendant, Western Region and Central office, with no resolution until her release on February 15, 2023. Plaintiff does not have copies of these filings due to the facility, "FCI Dublin" not allowing the Plaintiff to take any paperwork with her when she was transported to Colorado to serve her state sentence. Although the administrative remedy paperwork should be on file at each federal office. The delay of 310 days delayed the Plaintiff's final phase of serving her state sentence and also endangered her physical, mental and emotional health. The relief the plaintiff seeks is for monetary damages for "physical, mental and emotional abuse."

Facts for claim for relief of physical injury. The Defendant was the acting Warden and "held" the Plaintiff 310 days past her release date. The Plaintiff is entitled to relief for the physical, emotional and mental damages she suffered during the time she was housed at "FCI Dublin", under the supervision of Defendant, T. Jusino and staff employed by the Defendant.

Due to the negligence by the Defendant, the following are the physical injuries suffered by the Plaintiff.

1. Severe Anxiety, which caused, depression, weight loss, loss of appetite, loss of hair, sleep deprevation, headaches and migranis, digestive issues due to physical stress.

2. Sinus and respiratory infection due to exposure to hazordous conditions, toxic and unsafe living conditions where plaintiff was housed - black mold and asbestos.

3. Negligence on behalf of Defendant T. Jusino, providing inadequate medical, dental and mental healthcare, resulting in physical, emotional and mental trauma.

4. Physical injury during a medical exam to the plaintiff. Negligence by the Defendant for not provid-ing adequate medical care for physical injuries that took place at "FCI Dublin".

5. Sexual Harassment by staff, hired by Defendant T. Jusino. (Cal Code 51.9) watching while Plaintiff is naked in the shower. Note: This incident was reported by Plaintiff to the Defendant through the Task Force essembled by Defendant, due to mistreat-ment of inmates at "FCI Dublin"

6. Inadequate response from Defendant to Plaintiff on administrative remedies filed for mistreatment, medical treatment, 310 days past her release date and Compassionate Release, which caused Plaintiff

severe stress to Plaintiff's family and Plaintiff. Cruel and unusual punishment, for physical injuries suffered by the Plaintiff.

Conclusion

The Plaintiff has filed this complaint to this Honorable Judge and Court and emplores to the court to consider the seriousness of the physical, emotional and mental abuse she suffered at the hands of the Defendant, T. Jusino. The Plaintiff seeks to recover damages award from the Defendant for her negligence that caused the Plaintiff to suffer "physical, emotional and mental" distress as well as pain and suffering, life and liberty. I respectfully submit this claim and seek monetary damages.

Jill M. Evans

Jill M. Evans  5/5/25